Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Eastern__ District of __New York__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

CLERK
U.S. BANKRUPTCY COURT

RECEIVED

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   16 Frankel Road LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   3 9 – 4 3 3 5 1 4 1

4. **Debtor's address**

   **Principal place of business**

   16 Fairview Rd W
   Number    Street

   Massapequa    NY    11758
   City    State    ZIP Code

   Nassau
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   16    Frankel Rd.
   Number    Street

   Massapequa    NY    11758
   City    State    ZIP Code

5. **Debtor's website (URL)**  _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor    **16 Frankel Road LLC**    Case number (if known) _____
         Name

**6. Type of debtor**

- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___  ___  ___  ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
    - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes.  District _____  When _____  Case number _____
                                   MM / DD / YYYY
         District _____  When _____  Case number _____
                                   MM / DD / YYYY

Debtor _____    Case number (if known)_____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____  Relationship _____
      District _____  When _____
                                                                                              MM / DD /YYYY
      Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

      **Why does the property need immediate attention?** (Check all that apply.)

      ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
          What is the hazard? _____

      ☐ It needs to be physically secured or protected from the weather.

      ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

      ☒ Other  **The property is under foreclosure and has an auction date of 09/16/2025**

      Where is the property?  **16**     **Frankel Rd.**
                                  Number      Street

                                  **Massapequa**        **NY**    **11758X**
                                  City                             State ZIP Code

      **Is the property insured?**
      ☐ No
      ☒ Yes. Insurance agency  **Allstate**
               Contact name  **Raymond J. Stroveglia**
               Phone  **(516) 795-6600**

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Debtor _____    Case number (if known)_____
      Name

| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/15/2025
              MM  / DD /YYYY

X _/s/ Angela Sutphen_____    Angela Sutphen
Signature of authorized representative of debtor    Printed name

Title  Authorized Representative

**18. Signature of attorney**

X _/s/ Anne_____    Date  9/15/25
Signature of attorney for debtor    MM / DD / YYYY

Anne Rosenbach
Printed name

Anne Rosenbach, PC
Firm name

3    Delta Rd.
Number    Street

Massapequa    NY    11758
City    State    ZIP Code

(516) 795-7808    Rosenbachlawfirm@gmail.com
Contact phone    Email address

1640077    New York
Bar number    State

**Fill in this information to identify the case:**

Debtor name: 16 Frankel Road LLC

United States Bankruptcy Court for the: __Eastern__ District of __New York__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | 1900 CAPITAL TRUST II, BY U.S BANK TRUST NATIONAL ASSOCIATION | customer Service 800-365-7107 | Mortgage | unliquidated | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

## CORPORATE RESOLUTION OF THE
## BOARD OF DIRECTORS OF 16 FRANKEL ROAD LLC

We, the undersigned, do hereby certify that at a meeting of the Members and Managers of 16 Frankel Road LLC, a New York LLC, a quorum was present and voting throughout, the following resolution, upon motions made, seconded and carried, were duly adopted and is now in full forceand effect:

**WHEREAS**, the Managing Member and sole owner of the LLC, Frances Petersen Fink, Managing Member, is empowered to execute and file all necessary documents for the Chapter 11 filing. and;

**WHEREAS**, the Managing Member and sole owner of the LLC The Company is authorized to retain legal counsel for the Chapter 11 case and to pay their fees;

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that any Managing Member or Members of the LLC be, and hereby is and are, authorized, empowered and directed, from time to time, to take such additional action and to execute, certify and deliver to the LLC, as is appropriate or proper to implement the provisions of the resolutions herein.

The undersigned, do hereby certify that I am the Managing Member of the LLC; that the attached is a true and correct copy of resolutions duly adopted and ratified at a meeting of the Members of the LLC duly convened and held in accordance with its by-laws and the laws of the State of New York, as transcribed by us from the minutes; and that the same have not in any way been modified, repealed or rescinded and are in full force and effect. All actions taken by the authorized officer and professionals in furtherance of the Chapter 11 filing are approved.

IN WITNESS WHEREOF, we have hereunto set our hands as Managing Members of the LLC.

Dated:   09/15/2025

*Frances Petersen Fink*
Frances Petersen Fink
Managing Member
16 Frankel Road LLC

# CREDITOR MATRIX

1900 CAPITAL TRUST II,
BY U.S BANK TRUST NATIONAL ASSOCIATION
7550 Wisconsin Ave.
Fl 10
Bethesda, MD 20814

**(Note:  Certificate of Service not required.)**